UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON A. BROWN IV, <br><br> Petitioner, <br><br> v. <br><br> BRIAN BIRKHOLZ, <br><br> Respondent. | Case No. 2:24-cv-01393-VBF-SSC <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

///

///

///

///

1 | IT IS ORDERED that judgment be entered denying the petition
2 | and dismissing this action without prejudice.
3
4 | DATED:   November 18, 2024          /s/ Valerie Baker Fairbank
5 |                                   HON. VALERIE BAKER FAIRBANK
   |                                   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28