UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON A. BROWN IV,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>BRIAN BIRKHOLZ,<br><br>　　　　　　Respondent. | Case No. 2:24-cv-01393-VBF-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Date: Nov. 18, 2024　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE